The Hon. Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     v.<br><br>JESUS PALOMARES MENDEZ,<br><br>                Defendant. | No. CR18-174-RAJ<br><br>**FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Entry of a Final Order of Forfeiture for the following property:

- Approximately $57,495 in U.S currency, seized on or about January 24, 2018 in Zamora, California.

The Court, having reviewed the United States' motion, as well as the other pleadings and papers filed in this matter, HEREBY FINDS that entry of a Final Order of Forfeiture is appropriate for the following reasons:

- In the plea agreement that Defendant Mendez entered on December 10, 2018, he agreed to forfeit his interest in the above-listed property, (Dkt. No. 204, ¶ 12);

Final Order of Forfeiture - 1
*United States v. Mendez,* CR18-174-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- On January 4, 2019, the Court entered a Preliminary Order of Forfeiture finding the above-listed property forfeitable pursuant to 18 U.S.C. § 982(a)(1) and forfeiting the Defendant's interest in the property, (Dkt. No. 244);

- Thereafter, the United States published notice of the pending forfeiture as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure ("Fed. R. Crim. P.") 32.2(b)(6)(C), (Dkt. No. 260), and also provided direct notice to two potential claimants as required by Fed. R. Crim. P. 32.2(b)(6)(A) (Declaration of AUSA Christiansen, ¶ 2, Exs. A & B); and

- The time for filing third-party petitions has expired, and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the above-listed property exists in any party other than the United States;

2. The property is fully and finally condemned and forfeited, in its entirety, to the United States; and

3. The United States Department of Justice, and/or its representatives, are authorized to dispose of the property in accordance with the law.

IT IS SO ORDERED.

DATED this 10th day of July, 2020.

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Judge

Final Order of Forfeiture - 2
*United States v. Mendez,* CR18-174-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970